IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PHILLIP DURAN,

    Plaintiff,                  No. CIV S-06-2876 GEB KJM P

    vs.

JOHN DOVEY, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be

1  collected and forwarded by the appropriate agency to the Clerk of the Court each time the
2  amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3  § 1915(b)(2).
4         The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
5  and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
6  reasonable opportunity to prevail on the merits of this action.
7         Plaintiff has requested the appointment of counsel.  The United States Supreme
8  Court has ruled that district courts lack authority to require counsel to represent indigent
9  prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In
10 certain exceptional circumstances, the court may request the voluntary assistance of counsel
11 pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);
12 <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court
13 does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of
14 counsel will therefore be denied.
15        In accordance with the above, IT IS HEREBY ORDERED that:
16        1. Plaintiff's request for leave to proceed in forma pauperis is granted.
17        2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
18 The fee shall be collected and paid in accordance with this court's order to the Director of the
19 California Department of Corrections and Rehabilitation filed concurrently herewith.
20        3. Service is appropriate for the following defendants: Dovey, Horel, Micheels,
21 Parry, DeLaTorre, Moreno, Fischer, Ruff, Dave L.S., Maykel, Scroggings and Nall for all the
22 causes of action except the third.
23        4. The Clerk of the Court shall send plaintiff twelve USM-285 forms, one
24 summons, an instruction sheet and a copy of the complaint filed October 24, 2006.
25        5. Within thirty days from the date of this order, plaintiff shall complete the
26 attached Notice of Submission of Documents and submit the following documents to the court:

1    a. The completed Notice of Submission of Documents;

2    b. One completed summons;

3    c. One completed USM-285 form for each defendant listed in number 3

4    above; and

5    d. Thirteen copies of the endorsed complaint filed October 24, 2006.

6   6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

  7. Plaintiff's request for the appointment of counsel is denied without prejudice.

DATED: April 9, 2007.

_____
U.S. MAGISTRATE JUDGE

2
dura2876.1a

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PHILLIP DURAN,

      Plaintiff,                           No. CIV S-06-2876 GEB KJM P

     vs.

JOHN DOVEY, et al.,                    NOTICE OF SUBMISSION

      Defendants.                   OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __12__    completed USM-285 forms

      __13__    copies of the October 24, 2006 Amended Complaint

DATED: April 9, 2007.

                                                      _____
                                                      Plaintiff