IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW PHILLIP DURAN,** | CASE NO. CIV S-06-2876 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **JOHN DOVEY, et al.,** | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional sixty days, to and including September 11, 2007, within which to file an initial responsive pleading.

DATED: July 16, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1