IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW PHILLIP DURAN,** | Case No.: CIV S-06-2876 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **JOHN DOVEY, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted an additional forty-five days, to and including October 26, 2007, to file their initial responsive pleading.

DATED: September 14, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1