IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PHILLIP DURAN,

        Plaintiff,                      No. CIV S-06-2876 GEB KJM P

   vs.

JOHN DOVEY, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff has also asked the court, in essence, for a stay of the case for ninety days after the defendants have filed their answer because he will be out to court in Merced County and separated from his legal property. In light of the extension the court has just granted to

1

defendants, it is unlikely that plaintiff will need access to his property before he is returned from Merced County. Should the need arise, plaintiff may return to court and make a properly supported request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 10, 2007 motion for the appointment of counsel is denied; and

2. Plaintiff's September 10, 2007 request for an extension of time is denied without prejudice.

DATED: September 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2/mp
dura2876.31(2)

2