IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PHILLIP DURAN,

        Plaintiff,                    No. CIV S-06-2876 GEB KJM P

    vs.

JOHN DOVEY, et al.,

        Defendants.          <u>ORDER</u>

                                  /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On October 24, 2007, he filed a request for a ninety day extension of time. Although this request was filed before defendants filed their motion to dismiss, the court will construe the request as being addressed to that motion.

        In the same motion, plaintiff made his third request for the appointment of counsel. Plaintiff's previous requests were filed on April 23, 2007 and September 10, 2007. All requests were denied and there has been no material change in the factors in forming the court's prior denials.

/////

/////

/////

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time, construed as a request for an extension of time in which to file an opposition to the motion to dismiss, is granted in part and plaintiff is given an additional thirty days from the date of this order in which to file his opposition.

2. Plaintiff's October 24, 2007 motion for appointment of counsel is denied.

DATED: November 14, 2007.

_____
U.S. MAGISTRATE JUDGE

2/mp
dura2876.31thr