IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PHILLIP DURAN,

    Plaintiff,                No. CIV S-06-2876 GEB KJM P

    vs.

JOHN DOVEY, et al.,

    Defendants.        ORDER

_____/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 19, 2007, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on April 23, 2007, September 10, 2007 and October 24, 2007. All requests were denied. In light of those orders and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's November 19, 2007 request for appointment of counsel is denied.

DATED: November 30, 2007.

                                                   U.S. MAGISTRATE JUDGE

/mp
dura2876.31thr(2)