IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW PHILLIP DURAN,** | CIV S-06-2876 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **JOHN DOVEY, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted an additional fourteen days, to and including December 12, 2007, within which to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

DATED: November 30, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1